UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL COATES, ET AL.

VERSUS

FIRST GUARANTY BANK, ET AL.

CIVIL ACTION

NO. 06-140-JJB

## RULING AND ORDER

The court has carefully considered the defendant's motion for sanctions (doc. 132) and the Reports issued by United States Magistrate Judge Christine (docs. 154 and 159). Plaintiff has filed objections to the reports, which have also been given due consideration.

The magistrate judge carefully sets forth the relevant factual background. Counsel for plaintiff has repeatedly failed to comply with court orders and deadlines. The excuses offered by counsel for plaintiff simply do not stand up considering the number of instances and length of time involved in this matter. The report and recommendations are hereby APPROVED and ADOPTED as the court's reasons herein.

Accordingly; IT IS ORDERED the motion for sanctions is granted and plaintiff's counsel Mrs. Richardson is ordered to personally pay sanctions in the amount of $900 to the Clerk in Court within 30 days. Counsel for plaintiff is put on notice that any failure to comply with any other outstanding deadlines imposed by

the court within 20 days will resort in harsher sanctions, including dismissal of claims.

Baton Rouge, Louisiana, June 18th, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA